**1198**

**COM.**

v.

**HALLMAN, V.**

**2882 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–46–CR–0007765–2006
(Montgomery)

Affirmed

**IN the INTEREST OF: A.C.C., a Minor**

**2896 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–51–AP–0000247–2016
(Philadelphia)

Vacated/Remanded

**COM.**

v.

**BINGHAM, T.**

**3033 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–51–CR–0006467–2016 (Philadelphia)

Reversed/Remanded

**COM.**

v.

**RAZNY, M.**

**3186 EDA 2016**

Superior Court of Pennsylvania.

04/21/2017

CP–52–CR–0000110–2009 (Pike)

Affirmed

**CREDICO, J.**

v.

**HUBIAK, J.**

**3306 EDA 2016**

Superior Court of Pennsylvania.

4/21/2017

Reargument Denied 5/31/2017

374 Sept. Term, 2016
(Philadelphia)

Affirmed